UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,  )<br>  )<br>  Plaintiff,  )<br>  v.  )  Civil Action No. 08-96 (PLF)<br>  )<br>UNITY RESOURCES GROUP, et al.,  )<br>  )<br>  Defendants.  )<br>  ) | |

ORDER

On January 17, 2008, plaintiff filed a complaint in this Court seeking compensatory and punitive damages for shooting deaths that occurred in Iraq. Local Civil Rule 5.1(e)(1) requires that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." Plaintiff's complaint does not. Accordingly, it is hereby

ORDERED that on or before February 11, 2008, plaintiff file an amended complaint that includes in the caption plaintiff's full residence address.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 30, 2008