CO 226
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                                             Civil Action No.: _____

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

by: (check one)    ❏    registered mail, return receipt requested
                   ❏    DHL

pursuant to the provisions of: (check one)
                   ❏    FRCP 4(f)(2)(C)(ii)
                   ❏    28 U.S.C. § 1608(a)(3)
                   ❏    28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): _____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)


(Name and Address)

# Burke O'Neil LLC

| | | | |
|---|---|---|---|
| 4112 station street | philadelphia, pa 19127 | tel: 215.487.6590 | fax: 215.482.0874 |
| 1718 20th street, n.w. | washington, dc 20009 | tel: 202.232.5504 | fax: 202.232.5513 |

February 12, 2008

Ms. Nancy Mayer-Whittington
Clerk of Court
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Estate of Marani Awanis Manook v. Unity Resources Group, et al.*, 08-0096 (PLF)

Dear Ms. Mayer Whittington:

According to the United States Department of State, the United Arab Emirates is not a party to the Hague Service Convention, and has issued no objection pursuant to the Hague Service Convention regarding service by mail or other delivery (DHL). I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State. The Department of State could provide "no firm and definitive information about what is permissible under various circumstances." See the attached memorandum provided by the Department of State, Overseas Citizens Services.

Sincerely,

William T. O'Neil

Attachment

## Service of Process in the UAE

**General**

There appears to be confusion within the legal community about Service of Process in the United Arab Emirates. At this time post can provide no firm and definitive information about what is permissible under various circumstances.

The Embassy strongly recommends that persons or firms in the U.S. who are interested in having legal documents formally served in the UAE contact a legal firm currently in the UAE for information on what method of Service of Process would be most appropriate, given the differing circumstances of particular cases. The Embassy has a Lawyers' List available on its website (http://uae.usembassy.gov) or by contacting us (abudhabiacs@state.gov).

To post's knowledge, there are no existing firms that specialize in Service of Process or act specifically as process servers.

However, one legal firm reported that very recently, the Ministry of Justice reportedly has taken steps to authorize UAE courts to use private process servers to serve legal papers. Though no one could advise whether this was currently being done, the source emphasized that this would be simply a matter of procedure and that the UAE court retains the authority to order/request the service of legal documents. In effect, a private process server simply replaces a court officer, and would still operate under the instructions of the court.

**Service of Process – Notifications to Private Persons or Firms in the UAE**

Some legal firms have indicated that law firms in the UAE are able to serve legal papers in the UAE provided that the law in the jurisdiction where the suit has been filed (in the U.S.) allows for private service of process. There are no special requirements or procedures under UAE law to execute delivery of legal papers. Apparently, this applies only in circumstances where Service of Process is necessary to provide notification of pending legal action.

On behalf of a U.S. firm/person, a UAE law firm can also contact a company in the UAE in order to advise that a legal notice of a lawsuit that has been filed against a person or firm in the US. On behalf of the U.S. client, the UAE law firm will offer to work with that company to try to resolve the dispute.

**Service of Process -- Request for Action Subsequent to a U.S. Court Finding**

Law firms in the UAE have indicated unanimously, however, that requests for action from a Court in the U.S., subsequent to Court decisions or findings, would require the request to come from the U.S. court through diplomatic channels via Letters Rogatory to the UAE court. While a much slower process, this would be the only mechanism that could be utilized in the UAE. A court in the UAE would be obligated, as a matter of procedure, to take steps to inform the firm or entity and to reply to the US court.

However, the court in the UAE is under no obligation to enforce a judgment decided in a foreign court. Only a court in the UAE would have such jurisdiction or competency.

**Service of Process -- On the UAE Government**

Information that we have received indicates Service of Process on the UAE government, one of its Ministries, or a UAEG official would have to be done thru diplomatic channels via a Letters Rogatory.

(Dolce/acs/service of process – notes for revision 1)

---

**From:** Dolce, Robert A(Abu Dhabi)
**Sent:** Wednesday, September 06, 2006 7:33 AM
**To:** Hurst, William F(CA/OCS/ACS/NESA); Lynn, George W(CA/OCS/ACS/NESA)
**Cc:** Bafagih, Jamal A; Dolce, Robert A
**Subject:** RE: United Arab Emirates

Bill -- please see attached. After a couple of weeks of phone calls and confusing conversations, Ii wrote up the attached -- prinicpally for you all.

However, is this soemthing that we should put on our website??
Is this something that should go on the travel.state website??
Would this pass muster to be put on the site, or should we just keep it here to answer inquiries??

Let me know, Rob


Rob Dolce, Consul
Chief of Consular Section
U.S. Embassy Abu Dhabi
The Normal UAE Work Week is Sunday thru Thursday (beginning 01 Sept. 2006)

**From:** Hurst, William F(CA/OCS/ACS/NESA)
**Sent:** Tuesday, September 05, 2006 10:10 PM
**To:** Dolce, Robert A
**Cc:** Bafagih, Jamal A
**Subject:** RE: United Arab Emirates

Robert,

Anything yet on this request?

Bill

*William F. Hurst*
*CA/OCS/ACS/NESCA*
*Overseas Citizens Services & Crisis Management Specialist*
*India, Nepal, Sri Lanka, U.A.E., Yemen, Maldives, Bhutan*
*Backup for: Jordan, Lebanon, Syria*
*202 647 5395    FAX 202 647 3732*
*hurstwf@state.gov*

---

**From:** Dolce, Robert A(Abu Dhabi)
**Sent:** Thursday, August 24, 2006 4:41 AM
**To:** Hurst, William F(CA/OCS/ACS/NESA)
**Cc:** Dolce, Robert A; Bafagih, Jamal A
**Subject:** RE: United Arab Emirates

Bill -- any idea what this is about??
Is this for a general Service of Process in the UAE, or are they trying to serve something against the government of the UAE or a government official in the UAE??
Frankly, while it is theoretically possible to do Service of Process, I don't think anyone can guarantee an "effective" process.
Let me know and we'll give her our honest and best answer.
Rob

Rob Dolce, Consul
Chief of Consular Section
U.S. Embassy Abu Dhabi
The Normal UAE Work Week is Sunday thru Thursday (beginning 01 Sept. 2006)

**From:** Hurst, William F(CA/OCS/ACS/NESA)
**Sent:** Thursday, August 24, 2006 12:11 AM
**To:** Dolce, Robert A
**Subject:** FW: United Arab Emirates

Rob,

Can you or your staff reply to the inquiry I received today? Michelle has been to the travel.state.gov website under Law & Policy, as well as the Embassy and Consulate websites. Therefore, she seems to have done her homework with the resources available.

Any assistance appreciated!
Bill Hurst


*William F. Hurst*
*CA/OCS/ACS/NESCA*
*Overseas Citizens Services & Crisis Management Specialist*
*India, Nepal, Sri Lanka, U.A.E., Yemen, Maldives, Bhutan*
*Backup for: Jordan, Lebanon, Syria*
*202 647 5395     FAX  202 647 3732*
*hurstwf@state.gov*

---

**From:** Michelle Rodriguez [mailto:mrodriguez@ddrlex.com]
**Sent:** Wednesday, August 23, 2006 2:50 PM
**To:** hurstwf@state.gov
**Subject:** United Arab Emirates

Mr. Hurst:

   Although we are aware that United Arab Emirates is not a part of the Hague Convention, we are inquiring as to how to effectively serve United Arab Emirates. As such, we must find out if there exists a special arrangement with the US and UAE with regard to service? Or if there would be any other applicable international convention on service of judicial documents to UAE?

   In addition, if both responses to the above are No. We will need to find out how we can get information on the Head of the Ministry of Foreign Affairs of the UAE.

Thank you,

Michelle Rodriguez,
Paralegal

LAW OFFICES OF DONATO D. RAMOS
5810 San Bernardo (78041)
P.O. Drawer 452009
Laredo, Texas 78045-2009
Telephone: (956) 722-9909
Facsimile: (956) 727-5884
Email: mrodriguez@ddrlex.com

*THE LAW OFFICES OF DONATO D. RAMOS's E-MAIL CONFIDENTIALITY NOTICE* - This transmission may be; (1) subject to the Attorney-Client Privilege, (2) an attorney work product; or, (3) strictly confidential. If you are not the intended recipient of this message, you shall not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify the sender only and delete the message. Unauthorized interception of this e-mail is a violation of federal law.