UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Marani Awanis Manook, ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 1:08-cv-00096 |
| Unity Resources Group and ) RTI International ) | Honorable Paul L. Friedman |
| Defendants. ) | |

### DEFENDANT RTI'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant RTI International ("RTI") hereby requests that the Court grant RTI's Unopposed Motion for Extension of Time to Answer or Otherwise Plead. In support of this motion, RTI states as follows:

1. Plaintiff filed this action on January 17, 2008. The Complaint seeks relief against RTI and Unity Resources Group ("Unity") for alleged violations of the Alien Tort Claims Act, as well as for various torts including wrongful death and civil conspiracy, all of which allegedly occurred amidst hostilities in Baghdad, Iraq.

2. Counsel for Defendant RTI has only recently been retained and is in the initial stages of investigating the allegations, the operative facts of which — per plaintiff's allegations — did not involve, and were not observed by, Defendant RTI or its personnel. Given the nature of the allegations and the novel legal issues they raise, Defendant RTI seeks to extend its time to answer or otherwise plead in response to the Complaint.

3. During a teleconference on February 12, 2008, Plaintiff's counsel, Susan Burke, stated that she would not oppose an extension of time to March 28, 2008.

4. Therefore, RTI requests, subject to the Court's approval, to extend the time for RTI to answer or otherwise plead until March 28, 2008. A proposed order is submitted herewith.

WHEREFORE, Defendants respectfully request that the Court grant Defendant RTI's Unopposed Motion for Extension of Time to Answer or Otherwise Plead.

Dated: February 13, 2008

Respectfully Submitted,

/s/ Eric W. Bloom
Eric W. Bloom (Bar No. 417819)
Karen Sugden Manley (Bar No. 495029)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 282-5743
Fax: (202) 282-5100

*Counsel for Defendant RTI International*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Marani Awanis Manook, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 1:08-cv-00096 |
| ) | |
| Unity Resources Group and ) | |
| RTI International ) | Honorable Paul L. Friedman |
| ) | |
| Defendants. ) | |

This matter coming to be heard on Defendant RTI's Unopposed Motion for Extension of Time to Answer or Otherwise Plead,

IT IS HEREBY ORDERED that Defendant RTI shall have until March 28, 2008 to answer or otherwise plead.


Dated: February ___, 2008          _____
                                    **Honorable Paul L. Friedman**