AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Estate of Marani Awanis Manook

          Plaintiff(s)   )   **APPEARANCE**

          vs.   )   CASE NUMBER   1:08-cv-00096

Unity Resources Group and
RTI International
          Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Eric W. Bloom  as counsel in this
(Attorney's Name)

case for:  RTI International
(Name of party or parties)

February 13, 2008
Date

*(signature)*
Signature

Eric W. Bloom
Print Name

417819
BAR IDENTIFICATION

1700 K Street, NW
Address

Washington, DC   20006
City   State   Zip Code

202-282-5743
Phone Number