AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Estate of Marani Awanis Manook )
        Plaintiff(s) )  **APPEARANCE**
)
vs. ) CASE NUMBER   1:08-cv-00096
Unity Resources Group and )
RTI International )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Karen Sugden Manley__ as counsel in this
                       (Attorney's Name)

case for:  __RTI International__
         (Name of party or parties)

February 13, 2008
Date

_(signature)_
Signature

Karen Sugden Manley
Print Name

495029
BAR IDENTIFICATION

1700 K Street, NW
Address

Washington, DC  20006
City  State  Zip Code

202-282-5826
Phone Number