

# Track results detail

▶ Print this page

## Tracking results detail for 8639551631

### Tracking summary

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 2/25/2008  11:56 am |
| Delivered to | |
| Signed for by | **CARRY** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 2/25/2008 | 11:56 am | Shipment delivered. | Dubai, United Arab Emirates |
| | 9:50 am | With delivery courier. | Dubai, United Arab Emirates |
| | 8:26 am | Arrived at DHL facility. | Dubai, United Arab Emirates |
| | 8:00 am | Depart Facility | Express Logistics Centre, Dubai, United Arab Emirates |
| | 7:04 am | Processed at DHL Location. | Express Logistics Centre, Dubai, United Arab Emirates |
| 2/24/2008 | 6:30 pm | Arrived at DHL facility. | Dubai, United Arab Emirates |
| | 7:11 am | Address information needed; contact DHL Customer Service. | Dubai, United Arab Emirates |
| 2/23/2008 | 11:14 pm | Transit through DHL facility | Express Logistics Centre, Dubai, United Arab Emirates |
| 2/22/2008 | 10:55 am | Depart Facility | New York City Gateway, NY |
| | 9:27 am | Transit through DHL facility | New York City Gateway, NY |
| | 8:14 am | Depart Facility | Wilmington, OH |
| | 3:04 am | In transit. | Wilmington, OH |
| | 12:08 am | Transit through DHL facility | Allentown Hub, PA |
| 2/21/2008 | 8:51 pm | Depart Facility | Rockville, MD |
| | 8:20 pm | Processed at DHL Location. | Rockville, MD |
| | 6:06 pm | Shipment picked up | Rockville, MD |

**Ship From:**
Rockville, MD
United States

**Ship To:**
Dubai, United Arab Emirates

**Shipment Information:**
Ship date: 2/21/2008
Pieces: 1
Total weight: 1 lb *
Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

Tracking detail provided by DHL: 2/27/2008, 10:50:13 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

February 27, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **792008818406**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | DAFZA F20 UNITY RESOURCES DUBAI |
| **Signed for by:** | P.KARRY | **Delivery date:** | Feb 24, 2008 12:29 |
| **Service type:** | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 792008818406 | **Ship date:** | Feb 20, 2008 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**
GORDON CONROY
UNITY RESOURCES GROUP
FIRST GULF BANK BUILDING
DUBAI AE

**Shipper:**
WILLIAM O'NEIL
BURKE O'NEIL LLC
1718 20TH STREET NW
WASHINGTON, DC 20009 US

**Reference**

26-0

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br>Telephone: 901-369-3600 |

February 27, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **799275897378**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | DAFZA F20 UNITY RESOURCES<br>DUBAI |
| Signed for by: | P.KARRY | Delivery date: | Feb 24, 2008 12:29 |
| Service type: | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 799275897378 | Ship date:<br>Weight: | Feb 20, 2008<br>1.0 lbs. |

**Recipient:**
MICHAEL PRIDDEN
UNITY RESOURCES GROUP
FIRST GULF BANK BUILDING
DUBAI AE

**Reference**

**Shipper:**
WILLIAM O'NEIL
BURKE O'NEIL LLC
1718 20TH STREET NW
WASHINGTON, DC 20009 US

26-0

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339