### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Marani Awanis Manook<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Unity Resources Group and RTI International,<br><br>　　　　　　Defendants. | Case No. 08-0096 (PF) |

### NOTICE OF SERVICE

Plaintiff the Estate of Marani Awanis Manook files this Notice of Service of the Summons, Complaint and First Amended Complaint upon Defendant Unity Resources Group. On January 17, 2008, the Clerk of the Court for the United States District Court for the District of Columbia ("the Clerk") issued a summons to Defendant Unity Resources Group. See Exhibit 1. On February 19, 2008, Plaintiffs requested that the Clerk of the Court prepare the summons, complaint and first amended complaint for service by DHL, pursuant to Fed.R.Civ.P. 4(f)(2)(c)(ii). See Exhibit 2 (Docket Sheet). The clerk's prepared package was delivered to DHL by Plaintiff's counsel on February 21, 2008, and a copy of the International Shipment Waybill prepared by the Clerk's office is attached as Exhibit 3. The DHL tracking detail shows that the clerk's package was delivered to Defendant Unity Resources Group on February 25, 2008, and signed for by "Carry" at the Unity Resources Group office in Dubai, United Arab Emirates. See Exhibit 4.

Separately, counsel for Plaintiff served additional copies of the summons, complaint and first amended complaint by Federal Express on Gordon Conroy and Michael Pridden, both executives with Unity Resources Group in Dubai. These packages were delivered to these individuals on February 24, 2008, and signed for by "P. Karry." See Exhibits 5 and 6.

Respectfully submitted,

Date: March 4, 2008

    /s/ William T. O'Neil
Susan L. Burke (D.C. Bar # 414939)
William T. O'Neil (D.C. Bar # 426107)
Elizabeth M. Burke
Katherine R. Hawkins
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
Telephone:	(215) 971-5058
Facsimile:	(215) 482-0874

Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone:	(212) 614-6439
Facsimile:	(212) 614-6499

Shereef Hadi Akeel
AKEEL & VALENTINE, P.L.C.
Suite 910
888 West Big Beaver Road
Troy, Michigan 48084-4736
Telephone (248) 269-9595
Fax (248) 269-9119

*Counsel for Plaintiff*

# Exhibit 1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Estate of Marani Awanis Manook

**SUMMONS IN A CIVIL CASE**

V.

Unity Resources Group and RTI International

CASE  Case: 1:08-cv-00096
Assigned To : Friedman, Paul L.
Assign. Date : 1/17/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

Unity Resources Group
First Gulf Bank Building
Dubai, United Arab Emirates

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 17 2008

CLERK                                       DATE

(By) DEPUTY CLERK

# Exhibit 2

JURY, TYPE-B

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00096-PLF

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK v. UNITY RESOURCES GROUP et al<br>Assigned to: Judge Paul L. Friedman<br>Cause: 28:1331 Fed. Question | Date Filed: 01/17/2008<br>Jury Demand: Plaintiff<br>Nature of Suit: 320 Assault Libel & Slander<br>Jurisdiction: Federal Question |

**Plaintiff**

**ESTATE OF MARANI AWANIS MANOOK**     represented by    **William T. O'Neil**
BURKE O'NEIL LLC
1718 20th Street
Washington, DC 20009
(202) 232-5504
Fax: (202) 232-5513
Email: woneil@burkeoneilllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITY RESOURCES GROUP**

**Defendant**

**RTI INTERNATIONAL**     represented by    **Eric W. Bloom**
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
(202) 282-5000
Fax: (202) 371-5950
Email: ebloom@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Sugden Manley**
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
(202) 282-5826
Email: kmanley@winston.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2008 | 1 | COMPLAINT against UNITY RESOURCES GROUP, RTI INTERNATIONAL ( Filing fee $ 350, receipt number 4616009689) filed by ESTATE OF MARANI AWANIS MANOOK. (Attachments: # 1 Civil Cover Sheet)(td, ) (Entered: 01/22/2008) |
| 01/17/2008 |   | Summons (2) Issued as to UNITY RESOURCES GROUP, RTI INTERNATIONAL. (td, ) (Entered: 01/22/2008) |
| 01/31/2008 | 2 | MINUTE ORDER that plaintiff file an amended complaint that includes in the caption plaintiff's full residence address on or before February 11, 2008.Signed by Judge Paul L. Friedman on January 31, 2008. (MA) (Entered: 01/31/2008) |
| 01/31/2008 |   | Set/Reset Deadlines: Amended Complaint due by 2/11/2008. (mm) (Entered: 01/31/2008) |
| 02/11/2008 | 3 | FIRST AMENDED COMPLAINT against UNITY RESOURCES GROUP, RTI INTERNATIONAL filed by ESTATE OF MARANI AWANIS MANOOK.(nmw, ) (Entered: 02/12/2008) |
| 02/12/2008 | 4 | AFFIDAVIT REQUESTING FOREIGN MAILING by ESTATE OF MARANI AWANIS MANOOK. (Attachments: # 1 Supplement)(O'Neil, William) (Entered: 02/12/2008) |
| 02/13/2008 | 5 | Unopposed MOTION for Extension of Time to *Answer or Otherwise Plead* by RTI INTERNATIONAL (Attachments: # 1 Text of Proposed Order)(Manley, Karen) (Entered: 02/13/2008) |
| 02/13/2008 | 6 | NOTICE of Appearance by Eric W. Bloom on behalf of RTI INTERNATIONAL (Bloom, Eric) (Entered: 02/13/2008) |
| 02/13/2008 | 7 | NOTICE of Appearance by Karen Sugden Manley on behalf of RTI INTERNATIONAL (Manley, Karen) (Entered: 02/13/2008) |
| 02/14/2008 |   | MINUTE ORDER granting 5 defendant RTI's unopposed motion for extension of time up to and including March 28, 2008 to answer. Signed by Judge Paul L. Friedman on Febraury 14, 2008. (MA) (Entered: 02/14/2008) |
| 02/14/2008 |   | Set/Reset Deadlines: Defendant RTI's Answer due by 3/28/2008. (mm) (Entered: 02/19/2008) |
| 02/19/2008 |   | REQUEST for the Clerk from plaintiff to effect service of one copy of the summons and complaint upon UNITY RESOURCES GROUP by DHL, pursuant to FRCP 4(f)(2)(C)(ii). (td, ) (Entered: 02/19/2008) |
| 02/27/2008 | 8 | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITY RESOURCES GROUP served on 2/25/2008, answer due 3/17/2008 (O'Neil, William) Modified on 2/28/2008 (nmw, ). (Entered: 02/27/2008) |
|   |   |   |

| 02/28/2008 | | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 8 Summons Returned Executed was entered in error and counsel was instructed to refile said pleading with appropriate cover/title page. (nmw, ) (Entered: 02/28/2008) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 03/04/2008 10:13:10 |||||
| PACER Login: | bp1549 | Client Code: | | 28-0 |
| Description: | Docket Report | Search Criteria: | | 1:08-cv-00096-PLF |
| Billable Pages: | 2 | Cost: | | 0.16 |

# Exhibit 3

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324   **Shipper's Copy**

INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

863 9551 631

ORIGIN: MGR
DESTINATION CODE: 12/11/07

**1 Payer account number and shipment value protection details**
Charge to: ☐ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No.
Shipment Value Protection (see reverse)
☐ Yes Declared Value for Carriage (in US $) _____
☐ Cash  ☐ Check  ☐ Credit Card
Not all payment options are available in all countries.

**2 From (Shipper)**
Shipper's Account Number: 273150969
Shipper's Reference (up to 35 characters):
Company Name: LINKAGE
Address: INZ BUSINESS CENTERS
1929 18TH ST NW
WASHINGTON DC
Post/ZIP Code: 20009
Phone: (202) 387-0331

**3 To (Receiver)**
Company Name: Unity Resources Group
Contact Person:
Delivery Address (DHL Cannot Deliver to a PO Box): First Gulf Bank Building
Country: Dubai, United Arab Emirates
Post/ZIP Code (required):
Phone, Fax, or E-mail (required):

**4 Shipment Details**
Total number of packages:
Total Weight (If DHL Express Document packaging used, enter XD):   lbs

**5 Full Description of Contents**
Give Content and Quantity

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) / Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) (as on commercial/proforma invoice)
Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER
TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary
Destination Duties/Taxes: If left blank, Receiver pays duties/taxes.
☐ Receiver  ☐ Shipper  ☐ Other

**7 Shipper's Authorization (signature required)**
Signature (required):                    Date: __/__/__

**8 Products & Services**
Service Options (extra charges may apply)
☐ Saturday Delivery  ☐ Special Pickup
☐ Delivery Notification  ☐ Signature Required
Other: _____
Global Mail
☐ Int. Priority  ☐ Int. Standard  ☐ IPA  ☐ ISAL
☐ Dom. Priority  ☐ Dom. Standard
Other: _____

DIMENSIONAL/CHARGEABLE WEIGHT:   lbs
SERVICES    CHARGES
Drop Box #:          TOTAL:
TRANSPORT COLLECT STICKER No.:
PAYMENT DETAILS (Check, Card No.)
No.:
Type:           Expires:
Auth.:
PICKED UP BY:
Route No.:
Time:           Date: __/__/__

08cv96PLF

# Exhibit 4



# Track results detail

▸ Print this page

## Tracking results detail for 8639551631

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ Shipment delivered. |
| Delivered on | 2/25/2008  11:56 am |
| Delivered to | |
| Signed for by | **CARRY** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 2/25/2008 | 11:56 am | Shipment delivered. | Dubai, United Arab Emirates |
| | 9:50 am | With delivery courier. | Dubai, United Arab Emirates |
| | 8:26 am | Arrived at DHL facility. | Dubai, United Arab Emirates |
| | 8:00 am | Depart Facility | Express Logistics Centre, Dubai, United Arab Emirates |
| | 7:04 am | Processed at DHL Location. | Express Logistics Centre, Dubai, United Arab Emirates |
| 2/24/2008 | 6:30 pm | Arrived at DHL facility. | Dubai, United Arab Emirates |
| | 7:11 am | Address information needed; contact DHL Customer Service. | Dubai, United Arab Emirates |
| 2/23/2008 | 11:14 pm | Transit through DHL facility | Express Logistics Centre, Dubai, United Arab Emirates |
| 2/22/2008 | 10:55 am | Depart Facility | New York City Gateway, NY |
| | 9:27 am | Transit through DHL facility | New York City Gateway, NY |
| | 8:14 am | Depart Facility | Wilmington, OH |
| | 3:04 am | In transit. | Wilmington, OH |
| | 12:08 am | Transit through DHL facility | Allentown Hub, PA |
| 2/21/2008 | 8:51 pm | Depart Facility | Rockville, MD |
| | 8:20 pm | Processed at DHL Location. | Rockville, MD |
| | 6:06 pm | Shipment picked up | Rockville, MD |

**Ship From:**
Rockville, MD
United States

**Ship To:**
Dubai, United Arab Emirates

**Shipment Information:**
Ship date: 2/21/2008
Pieces: 1
Total weight: 1 lb *
Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

Tracking detail provided by DHL: 2/27/2008, 10:50:13 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

# Exhibit 5



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

February 27, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **792008818406**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | DAFZA F20 UNITY RESOURCES DUBAI |
| **Signed for by:** | P.KARRY | **Delivery date:** | Feb 24, 2008 12:29 |
| **Service type:** | Priority Envelope | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 792008818406 | **Ship date:** | Feb 20, 2008 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**
GORDON CONROY
UNITY RESOURCES GROUP
FIRST GULF BANK BUILDING
DUBAI AE

**Shipper:**
WILLIAM O'NEIL
BURKE O'NEIL LLC
1718 20TH STREET NW
WASHINGTON, DC 20009 US

**Reference**

26-0

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# Exhibit 6



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

February 27, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **799275897378**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | DAFZA F20 UNITY RESOURCES DUBAI |
| **Signed for by:** | P.KARRY | **Delivery date:** | Feb 24, 2008 12:29 |
| **Service type:** | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 799275897378 | **Ship date:** | Feb 20, 2008 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**
MICHAEL PRIDDEN
UNITY RESOURCES GROUP
FIRST GULF BANK BUILDING
DUBAI AE

**Shipper:**
WILLIAM O'NEIL
BURKE O'NEIL LLC
1718 20TH STREET NW
WASHINGTON, DC 20009 US

**Reference**

26-0

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339