AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Estate of Marani Awanis Manook,

        Plaintiff(s)     )
              )   **APPEARANCE**
              )
        vs.     )   CASE NUMBER   1:08cv-00096(PLF)

Unity Resources Group and RTI International

        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of  __David T. Blonder__  as counsel in this
                              (Attorney's Name)

case for: __Unity Resources Group Pte. Ltd.__
              (Name of party or parties)

March 13, 2008
Date

*(signature)*
Signature

501602
BAR IDENTIFICATION

David T. Blonder
Print Name

1200 New Hampshire Ave. NW
Address

Washington, DC 20036
City     State     Zip Code

(202) 974-5731
Phone Number