IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>        Plaintiff,<br><br>-against-<br><br>UNITY RESOURCES GROUP<br>  First Gulf Bank Building, Suite 201<br>  Port Saeed Road<br>  P.O. Box 121026<br>  Dubai, United Arab Emirates<br><br>and RTI INTERNATIONAL,<br><br>        Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br>Hon. Paul L. Friedman |

**UNOPPOSED MOTION TO EXTEND TIME**

  Defendant Unity Resources Group Pte. Ltd. ("Unity") hereby requests that the Court grant Unity's Unopposed Motion to Extend Time. In support of this motion, Unity states as follows:

  1. Plaintiff filed this action on January 17, 2008. The First Amended Complaint (filed February 11, 2008) seeks relief against the defendants in respect of an alleged incident in Baghdad, Iraq.

  2. Plaintiff on March 4, 2008 filed a Notice of Service regarding purported service of the Summons, Complaint and First Amended Complaint in this action upon the defendant foreign corporation Unity in Dubai, in the United Arab Emirates.

3. Unity contends that such service was defective under the applicable rules, and that Unity is not subject to the personal jurisdiction of this Court even if properly served, and that Unity has various other procedural and substantive defenses to this action,

4. Unity has requested additional time to respond to the First Amended Complaint and the purported service of process in this matter.

4. In separate telephone calls on March 13, 2008, between Robert A. Schwinger of Unity's counsel Chadbourne & Parke LLP and plaintiff's counsel Susan Burke, Esq. of Burke O'Neil LLC, and counsel for defendant RTI International ("RTI"), Eric W. Bloom, Esq. of Winston & Strawn LLP, both counsel indicated that they had no opposition to an extension of time for Unity to answer, move or otherwise respond to the First Amended Complaint to and including March 28, 2008.

6. Therefore Unity requests — without waiver of or prejudice to any objection by Unity to personal jurisdiction, or to venue, or to claimed inconvenience of this forum, or to the justiciability of this dispute, or to any other procedural or substantive defense by Unity in this action, and without waiver of or prejudice to any position that plaintiff or RTI might take in response to Unity in this matter — that this Court enter an order extending the time of Unity to answer, move or otherwise respond to the First Amended Complaint to and including March 28, 2008. A proposed order is submitted herewith.

WHEREFORE, defendant Unity respectfully requests that its Unopposed Motion to Extend Time be granted.

Dated:   March 13, 2008

CHADBOURNE & PARKE LLP

By   _____/s/_____
   David T. Blonder (Bar No. 501602)
   Attorney for Defendant Unity
      Resources Group Pte. Ltd.
   1200 New Hampshire Avenue, N.W.
   Washington, D.C.  20036
   Tel. (202) 974-5600
   Fax  (202) 974-5602

Of Counsel:

Robert A. Schwinger
   (Bar admission to this Court pending)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.  (212) 408-5100
Fax  (212) 541-5369

Daniel J. Greenwald III
CHADBOURNE & PARKE LLC
City Tower I
Sheikh Zayed Road
P.O. Box 23927
Dubai
United Arab Emirates
Tel:  +971 (4) 331-6123
Fax  +971 (4) 331-0844

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>                    Plaintiff,<br><br>        -against-<br><br>UNITY RESOURCES GROUP and RTI INTERNATIONAL,<br><br>                    Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br>Hon. Paul L. Friedman |

## ORDER EXTENDING TIME

This matter having come to be heard on the Unopposed Motion of Defendant Unity Resources Group Pte. Ltd. ("Unity") to Extend Time,

IT IS HEREBY ORDERED that the time of Unity to answer, move or otherwise respond to the First Amended Complaint be extended to and including March 28, 2008, and that this Order is without waiver of or prejudice to any objection by Unity to personal jurisdiction, or to venue, or to claimed inconvenience of this forum, or to the justiciability of this dispute, or to any other procedural or substantive defense by Unity in this action, and without waiver of or prejudice to any position that plaintiff or defendant RTI International might take in response to Unity in this matter

Dated:    March __, 2008

_____
                    Hon. Paul L. Friedman, U.S.D.J.

NY2 - 491357.02