AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Estate of Marani Awanis Manook,

        Plaintiff(s)   )   **APPEARANCE**
        vs.   )   CASE NUMBER   1:08-cv-00096 (PLF)

Unity Resources Group and RTI International
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  William S. D'Amico  as counsel in this
(Attorney's Name)

case for:  Unity Resources Group Pte. Ltd.
(Name of party or parties)

March 13, 2008
Date

_[signature]_
Signature

William S. D'Amico
Print Name

2694
BAR IDENTIFICATION

1200 New Hampshire Ave. NW
Address

Washington, DC  20036
City   State   Zip Code

(202) 974-5616
Phone Number