UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Estate of Marani Awanis Manook,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 1:08-cv-00096 |
| **Unity Resources Group and** **RTI International** | ) ) ) | Honorable Paul L. Friedman |
| Defendants. | ) ) ) | |

## DEFENDANT RTI'S MOTION TO ADMIT
## MARK A. ASH AND SARAH E. SAUCEDO *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, Defendant RTI International ("RTI"), by and through their counsel, Winston & Strawn LLP, hereby move this Court to enter an order permitting Mark A. Ash, a partner at the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP, and Sarah E. Saucedo, an associate at the law firm of Winston & Strawn LLP, to practice *pro hac vice* before the United States District Court for the District of Columbia, to represent RTI in this action. As grounds therefore, RTI respectfully refers this Court to the attached declarations of Mark A. Ash and Sarah E. Saucedo.

WHEREFORE, Defendant RTI respectfully requests that its motion to admit Mark A. Ash and Sarah E. Saucedo *pro hac vice* be granted.

Dated: March 28, 2008

                                      Respectfully Submitted,

                                      /s/ Eric W. Bloom
                                      Eric W. Bloom (Bar No. 417819)
                                      Karen Sugden Manley (Bar No. 495029)
                                      Nicole Y. Silver (Bar No. 472630)
                                      WINSTON & STRAWN LLP
                                      1700 K Street, N.W.
                                      Washington, D.C. 20006
                                      Phone: (202) 282-5743
                                      Fax: (202) 282-5100

                                      *Counsel for Defendant RTI International*

## CERTIFICATE OF SERVICE

The undersigned verifies that on March 28, 2008, he caused a true and correct copy of **Defendant RTI's Motion to Admit Mark A. Ash And Sarah E. Saucedo** *Pro Hac Vice* to be served, via the indicated method, upon the following:

**VIA the Electronic Case Filing system & U.S. Mail**
Susan L. Burke
William T. O'Neil
Elizabeth M. Burke
Katherine R. Hawkins
BURKE O'NEIL LLC
4112 Station Street
Philadelphia, PA 19127
tel: (215) 971-5058
fax: (215) 482-0874

*Counsel for Plaintiff*

**VIA U.S. Mail**
Shereef Hadi Akeel
AKEEL & VALENTINE, P.L.C.
Suite 910
888 West Big Beaver Road
Troy, MI 48084-4736
tel: (248) 269-9595
fax: (248) 269-9119

*Counsel for Plaintiff*

**VIA U.S. Mail**
Michael Ratner
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
tel: (212) 614-6439
fax: (212) 614-6499

*Counsel for Plaintiff*

**VIA the Electronic Case Filing system & U.S. Mail**
William S. D'Amico
David T. Blonder
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., NW
Washington, D.C. 20036
tel: (202) 974-5616
fax: (202) 974-5602

*Counsel for Defendant Unity Resources Group*

_____
Karen S. Manley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Marani Awanis Manook, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 1:08-cv-00096 |
| ) | |
| Unity Resources Group and ) | |
| RTI International ) | Honorable Paul L. Friedman |
| ) | |
| Defendants. ) | |

**DECLARATION OF MARK A. ASH IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Mark A. Ash, hereby submit this Declaration in support of the motion by Defendant RTI to admit me to appear *pro hac vice* in this action. The facts and circumstances set forth below are based on my personal knowledge.

1. My full name is Mark Alan Ash.

2. I am a partner with the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP. My office address is 2500 Wachovia Capitol Center, Raleigh, North Carolina 27601. My office telephone number is (919) 821-6695.

3. I am a member in good standing of the following bars:

   - Supreme Court of the State of North Carolina
   - Supreme court of the State of Massachusetts
   - United States Supreme Court
   - United States Court of Appeals for the Fourth Circuit
   - United States Court of Appeals for the First Circuit
   - United States District Court for the Eastern District of North Carolina
   - United States District Court for the Middle District of North Carolina
   - United States District Court for the Western District of North Carolina.

1

4.      I have never been suspended, disbarred, or otherwise disciplined by any court or jurisdiction. There are no disciplinary proceedings of any kind outstanding against me.

5.      I have not been admitted *pro hac vice* in this Court within the last two years.

6.      For these reasons, I respectfully request that this Court issue an order permitting me to appear *pro hac vice* in this action. If admitted to practice before this Court *pro hac vice*, I will abide by the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2008

Mark A. Ash
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Raleigh, North Carolina 27601
(919) 821-6695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Marani Awanis Manook,<br><br>Plaintiff,<br><br>v.<br><br>Unity Resources Group and<br>RTI International<br><br>Defendants. | Civil Case No. 1:08-cv-00096<br><br>Honorable Paul L. Friedman |

## DECLARATION OF SARAH E. SAUCEDO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Sarah E. Saucedo, hereby submit this Declaration in support of the motion by Defendants to admit me to appear *pro hac vice* in this action. The facts and circumstances set forth below are based on my personal knowledge.

1. My full name is Sarah Elizabeth Saucedo.

2. I am an associate with the law firm of Winston & Strawn LLP. My office address is 1700 K Street NW, Washington, DC 20006. My office telephone number is (202) 282-5754.

3. I am a member in good standing of the following bars:

    - State of New York
    - State of New Mexico.

4. I have never been suspended, disbarred, or otherwise disciplined by any court or jurisdiction. There are no disciplinary proceedings of any kind outstanding against me.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

1

6.  I engage in the practice of law from an office located in the District of Columbia, and my application for membership in the District of Columbia Bar is pending.

7.  For these reasons, I respectfully request that this Court issue an order permitting me to appear *pro hac vice* in this action. If admitted to practice before this Court *pro hac vice*, I will abide by the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2008

*Sarah E. Saucedo*
Sarah E. Saucedo
WINSTON & STRAWN LLP
1700 K Street NW
Washington, D.C. 20006
(202) 282-5754

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Estate of Marani Awanis Manook, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 1:08-cv-00096 |
| ) | |
| Unity Resources Group and ) | |
| RTI International ) | Honorable Paul L. Friedman |
| ) | |
| Defendants. ) | |

## ORDER FOR ADMISSION *PRO HAC VICE*

THIS MATTER having come before the Court upon Defendant RTI International's Motion for an Order permitting Mark A. Ash, of the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP, and Sarah E. Saucedo, an associate at the law firm of Winston & Strawn LLP, to appear and participate in this Court in the above-captioned case *pro hac vice* as counsel for Defendant RTI International, and it appearing that Mark A. Ash and Sarah E. Saucedo are members in good standing of the bars of other jurisdictions, it is on this _____ day of April 2008,

ORDERED, that Mark A. Ash and Sarah E. Saucedo are hereby admitted *pro hac vice* pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia as co-counsel for Defendant RTI in the captioned matter.

                                               _____
                                               The Honorable Paul L. Friedman
                                               United States District Court for
                                               he District of Columbia