IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK, | |
| Plaintiff, | Civil Case No. 1:08-cv-00096 (PLF) |
| -against- | Hon. Paul L. Friedman |
| UNITY RESOURCES GROUP and RTI INTERNATIONAL, | |
| Defendants. | |

## CERTIFICATE UNDER LCVR 7.1

I, the undersigned, counsel of record for Defendant Unity Resources Group Pte. Ltd. ("Unity"), certify that to the best of my knowledge and belief, Unity has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated:     March 28, 2008

NY2 - 492531.01

CHADBOURNE & PARKE LLP


By        /s/ David T. Blonder
     William S. D'Amico (Bar No. 2694)
     David T. Blonder (Bar No. 501602)
  Attorneys for Defendant Unity
    Resources Group Pte. Ltd.
1200 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Tel. (202) 974-5600
Fax  (202) 974-5602

Of Counsel:

Robert A. Schwinger
  (Bar admission to this Court pending)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.  (212) 408-5100
Fax  (212) 541-5369

Daniel J. Greenwald III
CHADBOURNE & PARKE LLC
City Tower I
Sheikh Zayed Road
P.O. Box 23927
Dubai
United Arab Emirates
Tel:  +971 (4) 331-6123
Fax  +971 (4) 331-0844

2