IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>                              Plaintiff,<br><br>-against-<br><br>UNITY RESOURCES GROUP and RTI INTERNATIONAL,<br><br>                              Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br>Hon. Paul L. Friedman |

**CORRECTED DISCLOSURE OF ADDRESS FOR**
**DEFENDANT UNITY RESOURCES GROUP PTE. LTD.**
**PURSUANT TO LOCAL CIVIL RULES 5.1(e)(1) AND 11.1**

Defendant Unity Resources Group Pte. Ltd. ("Unity") respectfully submits this Corrected Disclosure of its address pursuant to Local Civil Rules 5.1(e)(1) and 11.1. Unity's correct address is:

> Al Murooj Rotana Hotel and Suites
> Office No. 7
> P.O. Box 117546
> Dubai, United Arab Emirates

Unity files this Corrected Disclosure because on March 13, 2008, Unity filed an Unopposed Motion to Extend Time, in the caption of which Unity's U.S. litigation counsel incorrectly listed Unity's address as First Gulf Bank Building, Suite 201, Port Saeed Road, P.O. Box 121026, Dubai, United Arab Emirates. That address was a former

NY2 - 492503.01

address for Unity which Unity had left before the commencement of this action.  Unity's U.S. litigation counsel did not discover this error until March 27, 2008.

Dated:     March 28, 2008

                        CHADBOURNE & PARKE LLP

                        By_____/s/ David T. Blonder_____
                            William S. D'Amico (Bar No. 2694)
                            David T. Blonder (Bar No. 501602)
                        Attorneys for Defendant Unity
                           Resources Group Pte. Ltd.
                        1200 New Hampshire Avenue, N.W.
                        Washington, D.C.  20036
                        Tel. (202) 974-5600
                        Fax  (202) 974-5602

Of Counsel:

Robert A. Schwinger
  (Bar admission to this Court pending)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.  (212) 408-5100
Fax  (212) 541-5369

Daniel J. Greenwald III
CHADBOURNE & PARKE LLC
City Tower I
Sheikh Zayed Road
P.O. Box 23927
Dubai
United Arab Emirates
Tel:  +971 (4) 331-6123
Fax  +971 (4) 331-0844

2