CO-386-online
10/03

# United States District Court
# For the District of Columbia

Estate of Marani Awanis Manook )
)
)
)
vs   Plaintiff )   Civil Action No. 1:08-cv-00096
)
Unity Resources Group and )
RTI International )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  RTI International  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  RTI International  which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Karen Sugden Manley*
Signature

495029
BAR IDENTIFICATION NO.

Karen Sugden Manley
Print Name

1700 K Street, N.W.
Address

Washington, D.C.   20006
City      State      Zip Code

202-282-5826
Phone Number