# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Estate of Marani Awanis Manook<br><br>                 Plaintiff,<br><br>v.<br><br>Unity Resources Group and RTI International,<br><br>                 Defendants. | Case No. 08-0096 (PF) |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME

Plaintiff hereby requests that the Court grant Plaintiff's Unopposed Motion to Extend Time. In support of this motion, Plaintiff states as follows:

1. Plaintiff filed this action on January 17, 2008. The First Amended Complaint (filed February 11, 2008) seeks relief against the defendants for claims arising out of an incident in Baghdad, Iraq.

2. Defendant RTI International ("RTI") on March 28, 2008 filed a Motion to Dismiss.

3. Plaintiff has requested a short extension of time to respond to the Motion to Dismiss.

4. In a telephone call on April 9, 2008, between plaintiff's counsel Susan Burke, Esq. of Burke O'Neil LLC, and Eric W. Bloom, Esq. of Winston & Strawn LLP, counsel for defendant RTI International ("RTI"), Mr. Bloom indicated that he had no opposition to an extension of time for Plaintiff to respond to RTI International's Motion to Dismiss.

5.	Therefore Plaintiff requests — without any prejudice to Plaintiff's right to oppose the Motion to Dismiss — that this Court enter an order extending the time of Plaintiff to respond to RTI International's Motion to Dismiss.  A proposed order is submitted herewith.

Date:  April 9, 2008                                    ____/s/_____
                                                        Susan L. Burke (D.C. Bar # 414939)
                                                        William T.  O'Neil (D.C. Bar # 426107)
                                                        Elizabeth M. Burke (D.C. Bar #435866)
                                                        Katherine R. Hawkins
                                                        BURKE O'NEIL LLC
                                                        4112 Station Street
                                                        Philadelphia, PA 19127
                                                        Telephone:	(215) 971-5058
                                                        Facsimile:	(215) 482-0874

                                                        Shereef Hadi Akeel
                                                        AKEEL & VALENTINE, P.C.
                                                        401 South Old Woodward Avenue
                                                        Suite 430
                                                        Birmingham, MI 48009
                                                        Telephone:	(248) 594-9595
                                                        Facsimile:	(248) 594-4477

                                                        *Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Estate of Marani Awanis Manook<br><br>           Plaintiff,<br><br>v.<br><br>Unity Resources Group and RTI International,<br><br>           Defendants. | )<br>)<br>)<br>)<br>) Case No. 08-0096 (PF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER EXTENDING TIME**

Plaintiff's Unopposed Motion to Extend Time is hereby GRANTED.  IT IS HEREBY ORDERED that the time for Plaintiff to respond to Defendant RTI International's Motion to Dismiss be extended to and including April 16, 2008, and that this Order is without waiver of or prejudice to Plaintiff's opposition.

Dated: _____, 2008           _____
                                                              Honorable Paul L. Friedman