IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>                    Plaintiff,<br><br>          -against-<br><br>UNITY RESOURCES GROUP and RTI INTERNATIONAL,<br><br>                    Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br>Hon. Paul L. Friedman |

## UNOPPOSED MOTION TO EXTEND TIME

Defendant Unity Resources Group Pte. Ltd. ("Unity") hereby requests that the Court grant Unity's Unopposed Motion to Extend Time. In support of this motion, Unity states as follows:

1. Plaintiff filed this action on January 17, 2008. The First Amended Complaint (filed February 11, 2008) seeks relief against the defendants for claims allegedly arising out of an alleged incident in Baghdad, Iraq.

2. Defendant RTI International ("RTI") on March 28, 2008 filed a Motion to Dismiss.

3. Defendant Unity has requested a short extension of time to respond to RTI's Motion to Dismiss.

4. In communications on April 10, 2008, between Robert A. Schwinger, Esq. of Chadbourne & Parke LLP, counsel for Unity, and Eric W. Bloom, Esq. of Winston & Strawn LLP, counsel for RTI, Mr. Bloom indicated that he had no opposition to an extension of time for Unity to respond to RTI's Motion to Dismiss.

NY3 - 466309.01

5. Therefore Unity requests — without any prejudice to Unity's right to respond to RTI's Motion to Dismiss — that this Court enter an order extending the time of Unity to respond to RTI's Motion to Dismiss. A proposed order is submitted herewith.

WHEREFORE, defendant Unity respectfully requests that its Unopposed Motion to Extend Time be granted.

Dated:     April 10, 2008

                                                      CHADBOURNE & PARKE LLP

                                                      By      /s/   David T. Blonder
                                                           William S. D'Amico (Bar No. 2694)
                                                           David T. Blonder (Bar No. 501602)
                                                  Attorney for Defendant Unity
                                                     Resources Group Pte. Ltd.
                                                 1200 New Hampshire Avenue, N.W.
                                                 Washington, D.C.  20036
                                                 Tel. (202) 974-5600
                                                 Fax  (202) 974-5602

Of Counsel:

Robert A. Schwinger (Bar No. NY0092)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.  (212) 408-5100
Fax  (212) 541-5369

Daniel J. Greenwald III
CHADBOURNE & PARKE LLC
City Tower I
Sheikh Zayed Road
P.O. Box 23927
Dubai
United Arab Emirates
Tel:  +971 (4) 331-6123
Fax  +971 (4) 331-0844

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>                                    Plaintiff,<br><br>-against-<br><br>UNITY RESOURCES GROUP and RTI INTERNATIONAL,<br><br>                                    Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br><br><br>Hon. Paul L. Friedman |

## ORDER EXTENDING TIME

The Unopposed Motion to Extend Time of Defendant Unity Resources Group ("Unity") is hereby GRANTED.

IT IS HEREBY ORDERED that the time for Unity to respond to defendant RTI International's Motion to Dismiss be extended to and including April 18, 2008, and that this Order is without waiver of or prejudice to Unity's response.

Dated:     April __, 2008

_____
Hon. Paul L. Friedman, U.S.D.J.

NY3 - 466310.01