AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Estate of Marani Awanis Manook

**SUMMONS IN A CIVIL CASE**

V.

Unity Resources Group and RTI International

CASE   Case: 1:08-cv-00096
Assigned To : Friedman, Paul L.
Assign. Date : 1/17/2008
Description: PI/Malpractice

TO: (Name and address of Defendant)

Unity Resources Group
First Gulf Bank Building
Dubai, United Arab Emirates

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. O'Neil
Burke O'Neil LLC
1718 20th Street, N.W.
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         JAN 17 2008
CLERK                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | April 8, 2008 at 11:59 am |
| NAME OF SERVER (PRINT)<br>Daniel F. Portnoy | TITLE<br>private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on Kim Tate, Authorized Representative of the District of Columbia Corporations Division on behalf of the Honorable Adrian Fenty, Mayor of the District of Columbia, pursuant to DC Code 29-101.12(b), Defendant having failed to appoint or maintain

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $145.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    April 8, 2008
                    Date                           Signature of Server

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016

Address of Server

\*\*\* a Registered Agent in the District, the Mayor thus being an agent for UNITY RESOURCES GROUP, at DC Corporations Division, 941 North Capital Street NE #7200, Washington, DC 20002 by delivering to and leaving with personally copies of Summons, Complaint, and First Amended Complaint in duplicate and a fee of $15.00

Service was attempted at Defendant's address of record on April 8, 2008 at 10:45 am at 1701 Pennsylvania Ave NW #300, Washington, DC at which time I was informed that Defendant had moved from this location on April 4, 2008 and that an individual named "David" was known to have occupied the office.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.