UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>                              Plaintiff,<br><br>-against-<br><br>UNITY RESOURCES GROUP and RTI INTERNATIONAL,<br><br>                              Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br>Hon. Paul L. Friedman |

**UNOPPOSED MOTION OF DEFENDANT UNITY RESOURCES GROUP PTE. LTD. TO EXTEND TIME**

Defendant Unity Resources Group Pte. Ltd. ("Unity") hereby requests that the Court grant Unity's Unopposed Motion to Extend Time. In support of this motion, Unity states as follows:

1. Plaintiff filed this action on January 17, 2008. The First Amended Complaint (filed February 11, 2008) seeks relief against the Defendants for claims arising out of an alleged incident in Baghdad, Iraq.

2. Unity filed a Motion to Dismiss on March 28, 2008.

3. Plaintiff filed its Opposition to the Motion to Dismiss on April 10, 2008.

4. Unity has requested additional time to reply to the Plaintiff's Opposition to the Motion to Dismiss.

NY2 - 493782.02

2

5. In a telephone call on the morning of April 17, 2008, counsel for Plaintiff, Susan Burke, Esq., of Burke O'Neil LLC, indicated that she had no opposition to an extension of time until and including April 24, 2008, for Unity to respond to Plaintiff's Opposition to the Motion to Dismiss.

6. Therefore, Unity requests -- without waiver of or prejudice to any objection by Unity to personal jurisdiction, or to venue, or to claimed inconvenience of this forum, or to the justiciability of this dispute, or to any other procedural or substantive defense by Unity in this action, and without waiver of or prejudice to any position that plaintiff or RTI might take in response to Unity in this matter -- that this Court enter an order extending the time for Unity to reply to Plaintiff's Opposition to the Motion to Dismiss. A proposed order is submitted herewith.

WHEREFORE, defendant Unity respectfully requests that its Unopposed Motion to Extend Time be granted.

Dated:   April 17, 2008

                                        CHADBOURNE & PARKE LLP

                                        By_____/s/ David T. Blonder_____
                                            David T. Blonder (Bar No. 501602)
                                          Attorneys for Defendant
                                            Unity Resources Group Pte. Ltd.
                                          1200 New Hampshire Avenue, N.W.
                                          Washington, D.C. 20036
                                          Tel. (202) 974-5600
                                          Fax (202) 974-5602

Of Counsel:

Robert A. Schwinger
(Bar No. NY0092)
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel.  (212) 408-5100
Fax  (212) 541-5369

Daniel J. Greenwald III
CHADBOURNE & PARKE LLC
City Tower I
Sheikh Zayed Road
P.O. Box 23927
Dubai
United Arab Emirates
Tel:  +971 (4) 331-6123
Fax  +971 (4) 331-0844

UNITED STATES DISTRICT COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>                                  Plaintiff,<br><br>-against-<br><br>UNITY RESOURCES GROUP and RTI INTERNATIONAL,<br><br>                                Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br>Hon. Paul L. Friedman |

## ORDER EXTENDING TIME

This matter having come to be heard on the Unopposed Motion of Defendant Unity Resources Group Pte. Ltd. ("Unity") to Extend Time,

IT IS HEREBY ORDERED that the time of Unity to reply to Plaintiff's Opposition to the Motion to Dismiss be extended to and including April 24, 2008, and that this Order is without waiver of or prejudice to any objection by Unity to personal jurisdiction, or to venue, or to claimed inconvenience of this forum, or to the justiciability of this dispute, or to any other procedural or substantive defense by Unity in this action.

Dated: April ____, 2008

                                                                                                                   _____
                                                                                        Honorable Paul L. Friedman, U.S.D.J.