AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ESTATE OF MARANI AWANIS MANOOK,

        Plaintiff(s)

vs.

UNITY RESOURCES GROUP and RTI INTERNATIONAL,

        Defendant(s)

**APPEARANCE**

CASE NUMBER   1:08-cv-00096 (PLF)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Robert A. Schwinger   as counsel in this
                              (Attorney's Name)

case for:   defendant Unity Resources Group Pte. Ltd.
                 (Name of party or parties)

May 7, 2008
Date

*(signature)*
Signature

NY0092
BAR IDENTIFICATION

Robert A. Schwinger
Print Name

Chadbourne & Parke LLP, 30 Rockefeller Plaza
Address

New York   NY   10112
City   State   Zip Code

(212) 408-5364
Phone Number