IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>                                     Plaintiff,<br><br>-against-<br><br>UNITY RESOURCES GROUP and RTI INTERNATIONAL,<br><br>                                    Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br>Hon. Paul L. Friedman |

**NOTICE OF WITHDRAWAL**

Pursuant to Rule 83.6(b) of the Local Rules of the United States District Court for the District of Columbia, the undersigned attorney hereby notifies the Court and counsel that David T. Blonder has withdrawn as counsel for UNITY RESOURCES GROUP in this case.

Dated: May 28, 2008

                                                      David T. Blonder
                                                      DC Bar ID# 501602
                                                      Chadbourne & Parke, LLP
                                                      1200 New Hampshire Ave. NW
                                                      Washington, DC 20036
                                                      (202) 974-5731