UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jalal Askander Antranick**<br>745 Eldorado Blvd., # 2324<br>Broomfield, CO 80021<br><br>    Plaintiff,<br><br>        v.<br><br>**Research Triangle Institute, International**<br>3040 Cornwallis Road<br>PO Box 12194<br>Research Triangle Park, NC 27709<br><br>    and<br><br>**Unity Resources Group, L.L.C.**<br>AL Murooj Hotel and Suites, Office No. 7<br>PO Box 117546<br>Dubai, United Arab Emirates<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No. 1:08-cv-00096<br><br><br><br><br><br><br><br><br><br>Honorable Paul L. Friedman |

## DEFENDANT RTI'S MOTION TO ADMIT
## MARK A. ASH AND SARAH E. SAUCEDO *PRO HAC VICE*

Pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, Defendant Research Triangle Institute ("RTI"), by and through their counsel, Winston & Strawn LLP, hereby move this Court to enter an order permitting Mark A. Ash, a partner at the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP, and Sarah E. Saucedo, an associate at the law firm of Winston & Strawn LLP, to practice *pro hac vice* before the United States District Court for the District of Columbia, to represent RTI in

this action. As grounds therefore, RTI respectfully refers this Court to the attached declarations of Mark A. Ash and Sarah E. Saucedo.

WHEREFORE, Defendant RTI respectfully requests that its motion to admit Mark A. Ash and Sarah E. Saucedo *pro hac vice* be granted.

Dated:  July 10, 2008

                                        Respectfully Submitted,

                                        /s/ Eric W. Bloom
                                        Eric W. Bloom (Bar No. 417819)
                                        Karen Sugden Manley (Bar No. 495029)
                                        Nicole Y. Silver (Bar No. 472630)
                                        WINSTON & STRAWN LLP
                                        1700 K Street, N.W.
                                        Washington, D.C.  20006
                                        Phone:  (202) 282-5743
                                        Fax:  (202) 282-5100

                                        *Counsel for Defendant RTI International*

## CERTIFICATE OF SERVICE

The undersigned verifies that on July 10, 2008, she caused a true and correct copy of **Defendant RTI's Motion to Admit Mark A. Ash And Sarah E. Saucedo** *Pro Hac Vice* to be served, via the indicated method, upon the following:

| VIA the Electronic Case Filing system & U.S. Mail | VIA the Electronic Case Filing system & U.S. Mail |
|---|---|
| Paul Wolf<br>DC Bar 480285<br>PO Box 11244<br>Washington, D.C. 20008-1244<br>Tel: (202) 674-9653<br>paulwolf@icdc.com<br><br>*Counsel for Plaintiff* | William S. D'Amico<br>David T. Blonder<br>CHADBOURNE & PARKE LLP<br>1200 New Hampshire Ave., NW<br>Washington, D.C. 20036<br>tel: (202) 974-5616<br><br>*Counsel for Defendant UnityResources Group* |

/s/ Nicole Y. Sher

UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jalal Askander Antranick, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:08-cv-00595 |
| | ) | |
| Research Triangle Institute, International, | ) | Honorable Paul L. Friedman |
| and | ) | |
| Unity Resources Group, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF MARK A. ASH IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Mark A. Ash, hereby submit this Declaration in support of the motion by Defendant RTI to admit me to appear *pro hac vice* in this action. The facts and circumstances set forth below are based on my personal knowledge.

1. My full name is Mark Alan Ash.

2. I am a partner with the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP. My office address is 2500 Wachovia Capitol Center, Raleigh, North Carolina 27601. My office telephone number is (919) 821-6695.

3. I am a member in good standing of the following bars:

- Supreme Court of the State of North Carolina
- Supreme Court of the State of Massachusetts
- United States Supreme Court
- United States Curt of Appeals for the Fourth Circuit
- United States Court of Appeals for the First Circuit
- United State District Court for the Eastern District of North Carolina
- United States District Court for the Middle District of North Carolina
- United States District Court for the Western District of North Carolina

#1062560_1.DOC

4. I have never been suspended, disbarred, or otherwise disciplined by any court or jurisdiction. There are no disciplinary proceedings of any kind outstanding against me.

5. I currently have a Motion for Admission *Pro Hac Vice* pending in this Court in the matter of *Manook v. Unity Resources Group and RTI International*, Civil Case No. 1:08-cv-00096.

6. For these reasons, I respectfully request that this Court issue an order permitting me to appear *pro hac vice* in this action. If admitted to practice before this Court *pro hac vice*, I will abide by the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2008

_____
Mark A. Ash
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan, LLP
2500 Wachovia Capitol Center
Raleigh, North Carolina 27601
phone: (919) 821-6695
fax: (919) 821-6800
mash@smithlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jalal Askander Antranick )<br>745 Eldorado Blvd., # 2324 )<br>Broomfield, CO 80021 )<br>        )<br>    Plaintiff, )<br>        )<br>        v.    ) | Civil Case No. 1:08-cv-00096 |
| Research Triangle Institute, International )<br>3040 Cornwallis Road )<br>PO Box 12194 )<br>Research Triangle Park, NC 27709 )<br>        )<br>    and    ) | |
| Unity Resources Group, L.L.C. )<br>AL Murooj Hotel and Suites, Office No. 7 )<br>PO Box 117546 )<br>Dubai, United Arab Emirates )<br>        )<br>    Defendants. ) | Honorable Paul L. Friedman |

### DECLARATION OF SARAH E. SAUCEDO IN SUPPORT
### OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Sarah E. Saucedo, hereby submit this Declaration in support of the motion by Defendants to admit me to appear *pro hac vice* in this action. The facts and circumstances set forth below are based on my personal knowledge.

1. My full name is Sarah Elizabeth Saucedo.

2. I am an associate with the law firm of Winston & Strawn LLP. My office address is 1700 K Street NW, Washington, DC 20006. My office telephone number is (202) 282-5754.

3. I am a member in good standing of the following bars:

1

- State of New York
- State of New Mexico.

4. I have never been suspended, disbarred, or otherwise disciplined by any court or jurisdiction. There are no disciplinary proceedings of any kind outstanding against me.

5. I have not been admitted *pro hac vice* in this Court within the last two years. However, on March 28, 2008, I applied for but have not yet been granted admission to appear *pro hac vice* before this Court in a related matter, the Estate of Marani Awanis Manook v. Unity Resources Group and RTI International, Civil Case No. 1:08-cv-00096. This motion is still pending as of this date.

6. I engage in the practice of law from an office located in the District of Columbia, and my application for membership in the District of Columbia Bar is pending.

7. For these reasons, I respectfully request that this Court issue an order permitting me to appear *pro hac vice* in this action. If admitted to practice before this Court *pro hac vice*, I will abide by the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2008

                                             Sarah E. Saucedo
                                             WINSTON & STRAWN LLP
                                             1700 K Street NW
                                             Washington, D.C. 20006
                                             (202) 282-5754

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jalal Askander Antranick )<br>745 Eldorado Blvd., # 2324 )<br>Broomfield, CO 80021 )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Research Triangle Institute, International )<br>3040 Cornwallis Road )<br>PO Box 12194 )<br>Research Triangle Park, NC 27709 )<br> )<br>and )<br> )<br>Unity Resources Group, L.L.C. )<br>AL Murooj Hotel and Suites, Office No. 7 )<br>PO Box 117546 )<br>Dubai, United Arab Emirates )<br> )<br>Defendants. )<br> ) | Civil Case No. 1:08-cv-00096<br><br><br><br><br><br>Honorable Paul L. Friedman |

## ORDER FOR ADMISSION *PRO HAC VICE*

THIS MATTER having come before the Court upon Defendant RTI International's Motion for an Order permitting Mark A. Ash, of the law firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP, and Sarah E. Saucedo, an associate at the law firm of Winston & Strawn LLP, to appear and participate in this Court in the above-captioned case *pro hac vice* as counsel for Defendant RTI International, and it appearing that Mark A. Ash and Sarah E. Saucedo are members in good standing of the bars of other jurisdictions, it is on this _____ day of July 2008,

ORDERED, that Mark A. Ash and Sarah E. Saucedo are hereby admitted *pro hac vice* pursuant to Local Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia as co-counsel for Defendant RTI in the captioned matter.

_____
The Honorable Paul L. Friedman
United States District Court for
The District of Columbia