IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>                Plaintiff,<br><br>      -against-<br><br>UNITY RESOURCES GROUP and RTI<br>INTERNATIONAL,<br><br>                Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br>Hon. Paul L. Friedman |

**NOTICE OF MOTION AND MOTION OF
CHADBOURNE & PARKE LLP TO WITHDRAW APPEARANCE AS
COUNSEL FOR DEFENDANT UNITY RESOURCES GROUP PTE. LTD.**

Chadbourne & Parke LLP ("Chadbourne"), counsel of record for defendant
Unity Resources Group Pte. Ltd. ("Unity"), respectfully moves to withdraw its
appearance as counsel of record for Unity in this action pursuant to Local Civil Rule 83.6
of this Court.

As grounds therefor, Unity respectfully refers the Court to the accompanying
Declaration of Robert A. Schwinger, dated August 18, 2008 ("Schwinger Decl."). As
described therein, Unity has made no payment whatsoever of Chadbourne's charges for
legal fees and expenses incurred since the commencement of this action (and indeed
incurred since before then), and Chadbourne is now owed hundreds of thousands of
dollars by Unity, which has not been paid despite prompt detailed monthly billing and
repeated demands for payment. (Schwinger Decl. ¶ 4.) In addition, Unity has created

impediments to Chadbourne's ability to discharge its professional and ethical responsibilities as Unity's litigation counsel of record in this matter. (Schwinger Decl. ¶¶ 5-6.)    Chadbourne's attempts to resolve these matters appropriately have been unsuccessful.    (Schwinger Decl. ¶ 7.)    The foregoing circumstances more than justify counsel's withdrawal.    See, e.g., American Bar Ass'n, Model Rules of Prof'l Conduct ("ABA Model Rules") § 1.16(b)(4); see also Fidelity Nat'l Title Ins. Co. v. Intercounty Nat'l Title Ins. Co., 310 F.3d 537, 540 (7th Cir. 2002).

Granting Chadbourne's withdrawal motion would not delay trial of the case, or unfairly prejudice a party or contravene the interests of justice.    This case is at an early stage, and no trial date has been set nor has discovery commenced.    (Schwinger Decl. ¶ 9.)    The pending motions to dismiss of both defendants in this action are fully briefed. (Schwinger Decl. ¶ 10.)    As there are no papers due or activity scheduled in this action, Unity will have ample opportunity to retain new counsel in time to protect its interests without causing substantial delay to other parties or the Court.    See Laster v. District of Columbia, 460 F. Supp. 2d 111, 113 (D.D.C. 2006) ("with only one matter pending before this court, counsel's withdrawal will not result in any substantial delay").

Chadbourne has given the appropriate notice to Unity regarding this application that is required by Local Rule 83.6.    (See Schwinger Decl. ¶ 11 & Exhs. A, B.)

Accordingly, Chadbourne respectfully requests that the Court grant its Motion to Withdraw Appearance.

2

A proposed order is also submitted herewith.

Per Local Civil Rule 7(m) of this Court, Chadbourne has conferred by e-mail with counsel for the other parties to this action regarding this application but as of this time we have not heard back from any of them regarding what position they intend to take in response to Chadbourne's application.

Dated:     August 18, 2008

CHADBOURNE & PARKE LLP

By_____/s/ Robert A. Schwinger_____
    Robert A. Schwinger (Bar No. NY0092)
Attorneys for Defendant
    Unity Resources Group Pte. Ltd.
30 Rockefeller Plaza
New York, New York  10112
Tel. (212) 408-5100
Fax (212) 541-5369

Of Counsel:

Daniel J. Greenwald III
CHADBOURNE & PARKE LLC
City Tower I
Sheikh Zayed Road
P.O. Box 23927
Dubai, United Arab Emirates
Tel:  +971 (4) 331-6123
Fax  +971 (4) 331-0844

William S. D'Amico (Bar No. 2694)
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Tel. (202) 974-5600
Fax (202) 974-5602

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>                         Plaintiff,<br><br>        -against-<br><br>UNITY RESOURCES GROUP and RTI<br>INTERNATIONAL,<br><br>                      Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br>Hon. Paul L. Friedman |

## DECLARATION OF ROBERT A. SCHWINGER

ROBERT A. SCHWINGER hereby declares, under penalty of perjury, as follows:

1. I am a member of the law firm of Chadbourne & Parke LLP ("Chadbourne"), counsel of record in this action to defendant Unity Resources Group Pte. Ltd. ("Unity"). I make this Declaration in support of Chadbourne's Motion to Withdraw Appearance in the above-captioned action.

2. Chadbourne is also counsel of record to Unity in the related action pending before this Court captioned Jalal Askander Antranick v. Research Triangle Institute, International and Unity Resources Group, L.L.C., Civil Case No. 1:08-cv-00595 (PLF) (the "Antranick Action"). Chadbourne is concurrently filing today a parallel motion to withdraw appearance in the Antranick Action.

<u>Grounds for Seeking Withdrawal</u>

3.  Chadbourne's grounds for seeking to withdraw its appearances in these actions are as follows:

4.  First, since January 1, 2008, and continuing on thereafter through the filing of this action on January 17, 2008, and the filing of the <u>Antranick</u> action on April 8, 2008, and up to today's date, Unity has incurred with our firm charges for legal fees and expenses for our work relating to these actions totaling hundreds of thousands of dollars. We have promptly billed Unity for these charges each month, which bills have included detailed time record narratives of the services performed.  To date, however, despite repeated demands for payment to Unity and its representatives, not one penny has been paid to us against any of these charges.

5.  Second, in recent months, Unity has instructed our firm not to communicate directly with Unity personnel as to this litigation or incident, and instead to channel our communications through certain intermediaries that Unity has designated. This instruction has placed significant obstacles to our firm's ability to discharge its professional and ethical obligations in our role as U.S. litigation counsel to Unity in these actions.

6.  Third, our firm has been advised that we are not authorized to proceed with certain activities that, in our professional judgment, we believe are necessary in order to fulfill our professional and ethical obligations in our role as U.S. litigation counsel to Unity in these actions.

7.  We have raised these issues with Unity and its representatives over the past few months, but to no avail.  More recently, over the past several weeks, we specifically have advised Unity and its representatives that this application would be forthcoming if the foregoing matters were not properly resolved, and that our application would need to refer to these matters in order to inform the Court of our grounds for seeking withdrawal.  In response, we received only a proposal to make a token payment against Unity's indebtedness in the coming weeks while continuing to leave for consideration what else, if anything, would be done regarding the foregoing matters.

8.  Under these circumstances, our firm believes that we are entitled, if not indeed ethically and professionally obligated, to withdraw as counsel of record for Unity in these actions.

Current Posture of This Action

9.  The current posture of this action is that pre-answer motions to dismiss were filed by Unity and its codefendant on March 28, 2008.  Both motions are now fully briefed.  No trial date has been set, no discovery has been commenced, and no conferences have yet been held or scheduled in this action.

10. Chadbourne will continue to fulfill its professional and ethical obligations as counsel of record to Unity until such time as Chadbourne is relieved as counsel of record by the Court (or until Unity should obtain new counsel, if that should happen before the Court rules on this application).

<u>Required Notice Given to Unity</u>

11. Per Local Civil Rule 83.6, attached as Exhibit A hereto is a certificate of service listing Unity's last known address and stating that we have served upon Unity a copy of this motion and a notice advising Unity to obtain other counsel, or, if Unity intends to conduct the case *pro se* or to object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion (copy of notice attached hereto as Exhibit B).

<u>Application Being Made Without Prejudice</u>

12. This application is being made without prejudice to any and all rights our firm may have to seek collection from Unity of amounts due and owing to us.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on August 18, 2008.

_____
Robert A. Schwinger

4

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ESTATE OF MARANI AWANIS MANOOK,

                                        Plaintiff,

                    -against-

UNITY RESOURCES GROUP and RTI
INTERNATIONAL,

                                        Defendants.

Civil Case No. 1:08-cv-00096 (PLF)

Hon. Paul L. Friedman

## CERTIFICATE OF SERVICE

I, ROBERT A. SCHWINGER, not being a party to this action, and being over the age of eighteen years of age, certify that:

On the 18th day of August 2008, I caused to be served true copies of the within

- Notice of Motion and Motion of Chadbourne & Parke LLP to Withdraw Appearance as Counsel for Defendant Unity Resources Group Pte. Ltd.;

- Declaration of Robert A. Schwinger in support thereof; and

- Notice to Defendant Unity Resources Group Pte., Ltd. Concerning the Motion of Chadbourne & Parke LLP to Withdraw as Unity's Counsel

each dated August 18, 2008, upon Unity Resources Group Pte. Ltd. ("Unity"), Defendant in the above-captioned action:

(i)    by United States Post Office delivery, by depositing true copies of the same securely enclosed in a postpaid wrapper in a United States Post Office depository maintained at 30 Rockefeller Plaza, New York, NY, 10112

(ii)    by depositing true copies of the same for delivery via Federal Express, shipping charges prepaid,

(iii)    by facsimile transmission, and

(iv)    by e-mail

addressed and/or directed to:

        Unity Resources Group Pte. Ltd.
        Attn:  Mr. Mick Priddin, Chief Operating Officer
        Al Murooj Rotana Hotel and Suites
        Office No. 7
        P.O. Box 117546
        Dubai, United Arab Emirates
        Fax:  +971 (4) 299-1721
        E-mail:  *mpriddin@unityresourcesgroup.com*

the foregoing being the last known mailing and shipping address and facsimile number for Unity, and email address for Mr. Priddin, provided to Chadbourne & Parke LLP by Unity.

Dated:  August 18, 2008

_____
              Robert A. Schwinger

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,<br><br>                                        Plaintiff,<br><br>                    -against-<br><br>UNITY RESOURCES GROUP and RTI<br>INTERNATIONAL,<br><br>                                        Defendants. | Civil Case No. 1:08-cv-00096 (PLF)<br><br>Hon. Paul L. Friedman |

**NOTICE TO DEFENDANT
UNITY RESOURCES GROUP PTE., LTD.
CONCERNING THE MOTION OF
CHADBOURNE & PARKE LLP
TO WITHDRAW AS UNITY'S COUNSEL**

TO:   Unity Resources Group Pte., Ltd.

PLEASE TAKE NOTICE, that you are hereby advised that your present legal counsel, Chadbourne & Parke LLP, has moved to withdraw from representing you and acting as your legal counsel in the above-captioned action, pursuant to Local Civil Rule 83.6 of the United States District Court for the District of Columbia.

Pursuant to Local Civil Rule 83.6, Chadbourne & Parke LLP advises you to obtain other counsel, or, if you intend to conduct the above-

captioned case *pro se* or to object to the withdrawal, to so notify the Clerk of the United States District Court for the District of Columbia in writing within five days of service of the motion.

Dated:      August 18, 2008

                                        CHADBOURNE & PARKE LLP

                                        By_____/s/ Robert A. Schwinger_____
                                            Robert A. Schwinger (Bar No. NY0092)
                                        Attorneys for Defendant
                                            Unity Resources Group Pte. Ltd.
                                        30 Rockefeller Plaza
                                        New York, New York  10112
                                        Tel. (212) 408-5100
                                        Fax (212) 541-5369

Of Counsel:

Daniel J. Greenwald III
CHADBOURNE & PARKE LLC
City Tower I
Sheikh Zayed Road
P.O. Box 23927
Dubai, United Arab Emirates
Tel:  +971 (4) 331-6123
Fax  +971 (4) 331-0844

William S. D'Amico (Bar No. 2694)
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Tel. (202) 974-5600
Fax (202) 974-5602

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ESTATE OF MARANI AWANIS MANOOK,

                              Plaintiff,

          -against-

UNITY RESOURCES GROUP and RTI
INTERNATIONAL,

                              Defendants.

Civil Case No. 1:08-cv-00096 (PLF)

Hon. Paul L. Friedman

**ORDER GRANTING MOTION OF**
**CHADBOURNE & PARKE LLP TO WITHDRAW APPEARANCE AS**
**COUNSEL FOR DEFENDANT UNITY RESOURCES GROUP PTE. LTD.**

WHEREAS, this matter having come to be heard on the motion of
Chadbourne & Parke LLP ("Chadbourne") to withdraw its appearance as counsel of
record in this action for Defendant Unity Resources Group Pte. Ltd. ("Unity"), pursuant
to Local Civil Rule 83.6 of this Court; and

WHEREAS, all parties having had the opportunity to respond to
Chadbourne's motion, and the Court having considered all the arguments of the parties
and their counsel; and

WHEREAS, notice of this motion having been provided to Unity as required
by Local Civil Rule 83.6 of this Court, and Unity having had the opportunity to respond
to Chadbourne's motion, and the Court having considered all the arguments of Unity and
any new counsel who may have appeared in connection with this motion on Unity's
behalf;

IT IS HEREBY ORDERED that Chadbourne's motion is granted, and Chadbourne is hereby relieved as counsel for Unity in this action pursuant to Local Civil Rule 83.6 of this Court.

Dated: _____, 2008

_____
Hon. Paul L. Friedman, U.S.D.J.